# KOSTELANETZ & FINK, LLP

7 WORLD TRADE CENTER
NEW YORK, NEW YORK 10007

TEL: (212) 808-8100
FAX: (212) 808-8108
www.kflaw.com

June 2, 2008

**BY FACSIMILE**

Honorable Jose L. Linares
United States District Judge
Martin Luther King Building
 & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   USA v. Richard Stadtmauer, Cr. 05-249

Dear Judge Linares:

We respectfully request that the Court issue an order permitting our staff and our vendor to remove from the Courthouse our defense exhibits on the morning of Wednesday, June 4, 2008. We will require use of the loading dock because of the number of boxes to be removed from the Courthouse.

Thank you for your consideration.

Respectfully submitted,

Megan L. Brackney /ETO

Megan L. Brackney

cc:   Thomas Eicher, AUSA

SO ORDERED: _____
DATED: _____  6/3/08