UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :       Hon. Jose L. Linares
                                        Crim. No. 05-249
        v.                      :
                                        ORDER MODIFYING CONDITIONS
RICHARD STADTMAUER              :       OF RELEASE

This matter having come before the Court on the application of Christopher J. Christie, United States Attorney for the District of New Jersey (Thomas J. Eicher and Rachael A. Honig, Assistant U.S. Attorneys, appearing), in the presence of defendant Richard Stadtmauer (represented by Robert S. Fink, Esq.) for an order modifying the conditions of release in this matter,

IT IS THE FINDING OF THIS COURT as follows:

(1) The defendant has been found guilty of various offenses and shall be released pursuant to 28 U.S.C. §§ 3143 & 3142(c) pending sentencing in this matter; and

(2) The prior conditions of pretrial release shall be modified.

WHEREFORE, IT IS on this 6th day of June, 2008, HEREBY ORDERED that the conditions of release are modified as follows:

(1) The condition of release requiring the posting of $5 million in property is hereby ordered continued;

(2) Defendant's travel is hereby restricted to the continental United States, with travel within the United States to be approved in advance by Pretrial Services;

(3) The condition of release requiring the surrender of defendant's passport is hereby ordered continued; however, the passports of defendant's family members shall be returned; and

(4) All other conditions of release shall remain as previously ordered.

HON. JOSE L. LINARES
United States District Judge