NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> RICHARD STADTMAUER, : <br> : <br> Defendant. : | Criminal No.: 05-249 (JLL) <br><br> **O R D E R** |

**LINARES, District Judge.**

The instant matter comes before the court by way of Defendant Richard Stadtmauer's ("Defendant" or "Stadtmauer") motion [CM/ECF # 294] of June 11, 2008 for a judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29, which includes renewals of his May 22, 2008 motion for a judgment of acquittal and his January 16, 2007 motion to dismiss and strike the indictment. Also before the Court is Defendant's informal request of July 7, 2008, to speak to the jurors who rendered the verdict. For the reasons set forth in the accompanying Opinion, both Defendant's motion and his request to speak to the jurors are denied.

IT IS on this 5th day of Sept, 2008,

**ORDERED** that Defendant's motion for a judgment of acquittal and to dismiss the indictment is DENIED; and it is further

**ORDERED** that Defendant's request to interview the jurors from this trial is DENIED.

Hon. Jose L. Linares
United States District Judge