NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| : | Criminal No.: 05-249 (JLL) |
| v. : | |
| : | **O R D E R** |
| RICHARD STADTMAUER, : | |
| Defendant. : | |

**LINARES, District Judge.**

This matter comes before the Court on the September 12, 2008 motion of Defendant Richard Stadtmauer ("Defendant" or "Stadtmauer") motion for production of tax returns. [CM/ECF #303, 306.] No oral argument was heard. For the reasons set forth in the accompanying Opinion,

**IT IS** on this 13th day of November, 2008,

**ORDERED** that Stadtmauer's motion to produce additional tax returns under I.R.C. § 6103 is hereby DENIED.

_____
Jose L. Linares
United States District Judge

1