UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Crim. No. 05-249-03 (JLL) |
| RICHARD STADTMAUER | : | O R D E R |

This matter having come before the Court on the application of defendant Richard Stadtmauer (by Robert S. Fink, Esq.), in the presence of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Thomas J. Eicher and Rachael A. Honig, Assistant U.S. Attorneys) for an order granting a continuance of defendant's sentencing date; and the Court having heard the arguments of the parties and for good cause shown, it is hereby

ORDERED that defendant's application is GRANTED; and

IT IS FURTHER ORDERED that the sentencing in this matter shall take place on <u>February 3, 2009, at 9:30 a.m.</u>; and

IT IS FURTHER ORDERED that the parties shall observe the following deadlines for the filing of their written submissions to the Court:

| | |
|---|---|
| Government's submission | January 7, 2009 |
| Defendant's submission | January 21, 2009 |
| Government's reply | January 28, 2009 |

IT IS FURTHER ORDERED that all other provisions of the Court's Standing Order regarding sentencing shall continue to apply.

Dated: 12/5/08

HON. JOSE L. LINARES
United States District Judge

-2-