

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

| | |
|---|---|
| *970 Broad Street, Suite 700*<br>*Newark, New Jersey 07102* | *(973)645-2000* |

January 6, 2009

**BY E-MAIL AND U.S. MAIL**

Honorable Jose L. Linares
United States District Judge
Martin Luther King, Jr. Federal Bldg. & Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    <u>United States v. Richard Stadtmauer</u>, Crim. No. 05-249

Dear Judge Linares:

    The government respectfully seeks a one-day extension for the filing of its sentencing memorandum in the above-captioned matter, from January 7, 2009, to January 8, with the due date for the defense memorandum to be adjusted in corresponding fashion from January 21 to January 22. I have contacted defense counsel, who has indicated that they do not oppose this request. The due date for the government's reply will remain January 28.

    Thank you for your consideration of this request.

                                    Respectfully submitted,

                                    RALPH J. MARRA, JR.
                                    Acting United States Attorney

                                  s/Rachael A. Honig

                                  By: RACHAEL A. HONIG
                                    Assistant U.S. Attorney

cc:    Robert S. Fink, Esq. (by e-mail and U.S. mail)
        Senior U.S. Probation Office Renée Caggia (by e-mail and U.S. mail)

SO ORDERED 1-6-09
DATED: