NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | Criminal No.: 05-249 (JLL) |
| v. : | |
| : | **ORDER** |
| RICHARD STADTMAUER, : | |
| : | |
| Defendant. : | |

Presently before this Court is Defendant's request for a three week extension of his surrender date, from March 30, 2009, to April 21, 2009.  Defendant has requested the extension in order to spend the Jewish Passover holiday with his family.  The Government has not consented to any extension of time.  This Court has considered the Defendant's submission and, for good cause shown,

IT IS on this 26th day of February, 2009,

**ORDERED** that Defendant's request for an extension of time to surrender is hereby GRANTED; and it is further

**ORDERED** that Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons on Tuesday, April 21, 2009, at or before Noon..

**IT IS SO ORDERED**.

_____
José L. Linares,
United States District Judge