NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RICHARD STADTMAUER,<br><br>　　　　Defendant. | Criminal No.: 05-249 (JLL)<br><br>**ORDER** |

In accordance with the sentencing of Defendant Richard Stadtmauer on February 11, 2009,

IT IS on this 5th day of March, 2009,

**ORDERED** that Defendant pay the cost of prosecution in this case in the amount of $20,168.88. This payment must be made in full no later than March 10, 2009.

**IT IS SO ORDERED**.

　　　　　　　　　　　　　　　　　　/s/ Jose L. Linares
　　　　　　　　　　　　　　　　　　Jose L. Linares,
　　　　　　　　　　　　　　　　　　United States District Judge